PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-MJ-00151-DB |
| Plaintiff, | [~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| JESUS CELAYA and LUIS MENDOZA, | DATE: November 8, 2021 TIME: 2:00 p.m. COURT: Hon. Jeremy D. Peterson |
| Defendants. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on October 27, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

/ / /

/ / /

[~~PROPOSED~~] FINDINGS AND ORDER

1

1    THEREFORE, FOR GOOD CAUSE SHOWN:

2    1.    The date of the preliminary hearing is extended to November 24, 2021, at 2:00 p.m.

3    2.    The time between November 8, 2021, and November 24, 2021, shall be excluded from

4    calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

5    3.    Defendant shall appear at that date and time before the Magistrate Judge on duty.

6

7    IT IS SO ORDERED.

8

9    Dated:    October 28, 2021

      The Honorable Edmund F. Brennan
      UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINDINGS AND ORDER                    2